*HENRY F. JONES & ASSOCIATES*
*Attorneys at Law*
*366 North Broadway*
*Suite 410*
*Jericho, New York  11753*
*516 - 564-8390*

February 18, 2021

Hon Paul A. Engelmayer

United States District Court

Southern District of New York

40 Centre Street, Room 2201

New York, New York  10007

  Re: <u>United States of America vs. Caputo, Ruzzo, Nugent, Balestra, and Pizzonia</u>
    <u>20 CR 645 (PAE)</u>

Dear Honorable Sir:

Please allow this letter motion to serve as my application for a bail modification for Joseph Ruzzo, in the above-referenced matter.

**<u>Underlying Information</u>**

Joseph Ruzzo has been released, in above-referenced matter, on a personal recognizance, unsecured bond of $200,000.00.  The bond has been co-signed by two financially responsible adults, and requires surrender of travel documents, pretrial supervision, drug testing, mental health evaluation and treatment, and travel limited to SDNY/EDNY.

**<u>Application</u>**

Mr. Ruzzo has fully complied with all of his bond's conditions of release.  He now requests that he also be permitted to drive to and from his small secondary home in Florida.  The home's address is: 10364 SW Westlawn Boulevard, Port St. Lucie, Florida  34987.

Among the reasons he makes the request is that he needs to continue care and maintenance of the home, and to address security concerns regarding the home (neighbors have told him that previously locked front and back doors are now unlocked, and a closed bedroom window is now open).

**Consent**

The Government and the Pretrial Services Officer consent to this request. Assistant U.S. Attorney Thomas McKay (646) 740-9729) has consented for the Government, and Officer Brian Manganaro (646) 300-2249) has consented for Pretrial Services.

**Conclusion**

For the foregoing reasons, it is respectfully requested that the Court approve the above requested bail modification. Thank you.

                          Very truly yours,

                          Henry Jones, Esq.

HJ:kj

cc: Thomas McKay, AUSA

**GRANTED.** Mr. Ruzzo's terms of pretrial supervision shall be amended to include travel to his residence in Florida. Mr. Ruzzo shall inform the Pretrial Services department no less than 72 hours prior to any trip to Florida and within 24 hours of his return to his district of residence in New York. The Clerk of Court is requested to terminate the motion at Dkt. No. 40.

2/22/2021

SO ORDERED.

                    *Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge