UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOSEPH RUZZO,

Defendant.

20-CR-645-02 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the defense's letter-motion of June 12, 2023, seeking the early termination of defendant Joseph Ruzzo's term of supervised release, and the Government's letter of June 22, 2023, reporting that the Government and the Probation Department do not oppose this application, and agree that early termination is appropriate, Dkt. 184. Substantially for the reasons stated by the parties in their letters, the Court is persuaded that early termination of supervised is warranted. The Court accordingly grants the defendant's request for the termination of supervised release, effective June 30, 2023.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: June 27, 2023
New York, New York